**Dottie M. WOMACK, Plaintiff–**
**Appellant,**

v.

**COMMISSIONER OF DEPARTMENT**
**OF MEDICAL ASSISTANCE SER-**
**VICES, Defendant–Appellee.**

No. 03–1325.

United States Court of Appeals,
Fourth Circuit.

Submitted May 14, 2003.

Decided July 10, 2003.

---

Dottie M. Womack, Appellant Pro Se.
Kim Frances Piner, Office of the Attorney
General of Virginia, Richmond, Virginia,
for Appellee.

Before MOTZ, TRAXLER, and KING,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Dottie M. Womack appeals the district
court's orders dismissing her civil action.
We have reviewed the record and find no
reversible error. Even assuming that
Womack intended to name a federal offi-
cial as a defendant, and assuming that
such defendant was properly served, the
district court correctly dismissed the Sec-
retary of Health and Human Services
("the Secretary") from this case. Womack
was unsuccessful in a prior case brought
against the Commissioner of Social Securi-
ty ("the Commissioner") under 42 U.S.C.
§ 405(g) (2000) that challenged the denial
of disability benefits. *See Womack v.
Barnhart*, 53 Fed.Appx. 678 (4th Cir.2002).
Accordingly, she is precluded by the doc-
trine of res judicata from bringing another
such action against a federal official. *See
Meekins v. United Transp. Union*, 946
F.2d 1054, 1057 (4th Cir.1991); *see also
McGowen v. Harris*, 666 F.2d 60, 65 (4th
Cir.1981). Moreover, Womack's claim
against the Department of Medical Assis-
tance Services ("DMAS") was correctly
dismissed because claims arising under
§ 405(g) must be brought against the
Commissioner, not an arm of the state
such as DMAS, which is protected by
Eleventh Amendment immunity. Accord-
ingly, we affirm substantially for the rea-
sons stated by the district court. *See
Womack v. Commissioner, Dep't of Med.*

*Assts Servs.*, No. CA–02–47–4 (W.D.Va.
Mar. 7, 2003, Jan. 14, 2003, & Oct. 22,
2002). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*